## FLYNN ET AL. *v.* HAYES.

PRACTICE.—*Exception.—Supreme Court.*—Where the record does not contain an exception to a ruling refusing to admit evidence, the error, if any, is not available in the Supreme Court.

SAME.—*New Trial.—Evidence not in Record.—Presumption.*—Where the evidence is not in the record, the Supreme Court will presume that the court below was right in overruling a motion for a new trial.

From the Decatur Circuit Court.

· *J. S. Scobey,* for appellants.

*C. Ewing* and *J. K. Ewing,* for appellee.

SCOTT, J.—Complaint on a promissory note by the appellee against the appellants.

Issues ;. trial by a jury ; verdict for plaintiff; motion for a new trial overruled and exception.

The only error assigned in this court is the overruling of the motion for a new trial.

The appellant contends that the court erred in refusing to admit certain evidence offered by him on the trial.

There is no exception in the record to this ruling of the court, and the error, if any, is therefore not available in this court.

The evidence is not in the record, and we must presume that the action of the court in overruling the motion for a new trial was correct.

The judgment is affirmed, at the costs of the appellants.

Petition for a rehearing overruled.